466 A.2d 726

Pauline Baker, Appellant v. Donald Baker.

Fred Baker, Appellant v. Donald Baker.

Sub-

mitted March 31, 1983.   Charles J. Duke, for appellants; Robert L. Saunders, for appellee.

Before CAVANAUGH, BROSKY and MONTGOMERY, JJ.

The judgment of the lower court is hereby affirmed.